AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WILLIAM DAVIS, JR.,
aka JEREMY WHITE EAGLE,

                        Petitioner,

          v.

STEVE SINCLAIR,

                        Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-134-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent, dismissing the Petition for Habeas Corpus and all claims therein with prejudice.

October 26, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson